# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAM POTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00179 |
| ) | Judge Trauger |
| SOUTHERN HEALTHCARE PARTNERS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On February 20, 2018, the magistrate judge issued a Report and Recommendation (DE #19), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Southern Healthcare Partners (Docket No. 13) is DENIED, but the present Complaint is DISMISSED without prejudice to the plaintiff's filing an Amended Complaint pursuant to the magistrate judge's *sua sponte* review under 28 U.S.C. § 1915(e)(2)(B)(ii).

In response to the Report and Recommendation, the *pro se* plaintiff has filed a "Motion Begging Leave to Amend" (Docket No. 20). This motion is GRANTED, and the plaintiff is given 30 days within which to file an Amended Complaint that names as defendants specific individuals.

It is further ORDERED that this case is returned to the magistrate judge for further

handling under the original referral order. The court requests that the magistrate judge consider appointing counsel for this plaintiff, if she considers it advisable.

It is so **ORDERED.**

Enter this 19th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge